# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation<br>In re: Wire Harnesses<br>In re: Bearings<br>In re: Occupant Safety Systems<br>In re: Starters<br>In re: Alternators<br>In re: Radiators | Case No. 12-md-02311<br>Hon. Sean F. Cox<br><br>2:13-cv-01107-SFC-RSW<br>2:14-cv-00107-SFC-RSW<br>2:14-cv-14451-SFC-MKM<br>2:14-cv-00507-SFC-RSW<br>2:14-cv-13356-SFC-RSW<br>2:15-cv-00607-SFC-MKM<br>2:15-cv-14096-SFC-RSW<br>2:15-cv-00707-SFC-RSW<br>2:15-cv-14097-SFC-MKM<br>2:15-cv-12050-SFC-RSW<br>2:15-cv-01007-SFC-MKM<br>2:15-cv-14097-SFC-MKM |
| This document relates to:<br>All Truck and Equipment Dealer Cases | |

**ORDER GRANTING TRUCK AND EQUIPMENT DEALER PLAINTIFFS' MOTION TO *CY PRES* REMAINING FUNDS**

Upon consideration of Truck and Equipment Dealer Plaintiffs' ("TED Plaintiffs") Motion to *Cy Pres* Remaining Funds ("Motion") it is hereby **ORDERED** as follows:

1. The Motion is hereby granted.

2. The remaining funds of $1,616.35 are hereby directed to be donated as a charitable contribution to Consumer Reports, Inc.

3. Any future funds are hereby directed to be donated as a charitable contribution to Consumer Reports, Inc.

Dated: January 25, 2024                       s/Sean F. Cox
                                              Sean F. Cox
                                              U. S. District Judge

1